Ontell & Associates

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/8/2026

October 6, 2026

**VIA ECF**
Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: Simmons, et al. v. East Harlem Bottling Co., LLC**
**Docket No. 1:26-cv-06898**

Dear Judge Vyskocil:

I represent Defendants East Harlem Bottling Co., LLC d/b/a East Harlem Bottling Co., (individually "Bottling"), Leo Lauer (individually "Lauer") and Darcie Siciliano (individually "Siciliano") and collectively "Defendants" in this Fair Labor Standards Act action.

I write with consent from Plaintiffs' counsel requesting a brief adjournment of the Initial Pre-Trial Conference scheduled for 11:00 a.m., on November 17, 2026 due to a previously scheduled medical appointment with a specialist who has extremely limited availability.

This is Defendants' first request for an adjournment and I thank the Court for its time and consideration of this matter.

Respectfully submitted,
*/s/ Robert J. Ontell*
Robert J. Ontell
rob@ontellandassociates.com

cc:

Nettle Law LLC

**Granted. SO ORDERED.**
The Initial Pre-Trial Conference scheduled for November 17, 2026 is ADJOURNED to December 2, 2026 at 2:00 PM. Parties are reminded to otherwise comply with [ECF No. 14].

Date: 10/8/2026
New York, New York

Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge