USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/24/2026

Ontell & Associates

November 13, 2026

**Granted. SO ORDERED.**
Parties are directed to dial 646-453-4442, using Conference ID 754 845 864 #

Date: 11/24/26
New York, New York

Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge

**VIA ECF**
Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: Simmons, et al. v. East Harlem Bottling Co., LLC**
**Docket No. 1:26-cv-06898**

Dear Judge Vyskocil:

I represent Defendants East Harlem Bottling Co., LLC d/b/a East Harlem Bottling Co., (individually "Bottling"), Leo Lauer (individually "Lauer") and Darcie Siciliano (individually "Siciliano") and collectively "Defendants" in this Fair Labor Standards Act action.

By Order dated October 9, 2026, at our request, this Court adjourned the Initial Pre-Trial Conference from November 17, 2026 to December 2, 2026 at 2:00 p.m. Unfortunately, we have been advised that due to a conflict that has arisen, the mediator asked us to reschedule a previously scheduled EDNY mediation to December 2, 2026 as that was their only available day this year.

Rather than seek to adjourn the Initial Pre-Trial Conference and disrupt this Court's calendar again, we respectfully request to appear virtually for the Initial Pre-Trial Conference as this will allow me to participate in both my EDNY mediation and this Initial Pre-Trial Conference.

I have spoken with Plaintiffs' counsel who has consented to us appearing virtually for this conference.

This is Defendants' first request for an adjournment and I thank the Court for its time and consideration of this matter.

Respectfully submitted,
*/s/ Robert J. Ontell*
Robert J. Ontell
rob@ontellandassociates.com

cc:

Nettle Law LLC